No. 64911.—Greig, Lawrence & Hoyt, Ltd. v. United States, protest 31562–K (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

NOVEMBER 16, 1960

No. 64912.—Air Express International Agency, Inc. v. United States, protest 59/33392.— ———Abstract 64631. Plaintiff's application for rehearing granted.

NOVEMBER 17, 1960

No. 64913.—House of Italian Handicrafts, Inc. v. United States, protest 59/32782(B).— ———Abstract 64809. Plaintiff's application for rehearing granted.